No. 11-7525. Demarcus L. Lewis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.

565 U.S. 1181, 132 S. Ct. 1149, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 1060.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 11-7529. Radcliffe Meeks, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.

565 U.S. 1181, 132 S. Ct. 1149, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 1031.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 11-7531. Larry W. Brown, Petitioner v. Civigenics, et al.

565 U.S. 1181, 132 S. Ct. 1149, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 1011.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 439 Fed. Appx. 370.

No. 11-7540. Terrance Barker, Petitioner v. Pennsylvania.

565 U.S. 1181, 132 S. Ct. 1149, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 921.

January 23, 2012. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 998 A.2d 1028.

No. 11-7542. Tommy James Knight, Petitioner v. Billy Mitchem, Warden, et al.

565 U.S. 1181, 132 S. Ct. 1149, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 966.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-7543. Susan Polk, Petitioner v. Superior Court of California, County of Contra Costa, et al.

565 U.S. 1181, 132 S. Ct. 1150, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 1030.

January 23, 2012. Petition for writ of certiorari to the Court of Appeal of California, First Appellate District, denied.

No. 11-7555. Geoffrey Wilson, Petitioner v. D. Ollison, Warden.

565 U.S. 1181, 132 S. Ct. 1150, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 957.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 11-7565. Reginald Roberson, Petitioner v. Ohio.

565 U.S. 1181, 132 S. Ct. 1150, 181 L. Ed. 2d 1023, 2012 U.S. LEXIS 1020.

January 23, 2012. Petition for writ of certiorari to the Court of Appeals of Ohio, Lorain County, denied.